**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01328-LTB-MJW

STEPHANIE SALAZAR,

      Plaintiff,

v.

CITY OF COMMERCE CITY,
GERALD M. FLANNERY, in his individual capacity,
PAUL NATALE, in his individual capacity,
HEATHER OLSON, in her individual capacity, and
TOM ACRE, in his individual capacity,

      Defendants.

___

**MINUTE ORDER**
___
BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Substitution of Counsel and Entry of Appearance (Doc 14 - filed September 30, 2010) is acknowledged and granted. Joseph A. Salazar is allowed to withdraw as counsel for Plaintiff herein. Plaintiff will continue to be represented by Seth J. Benezra and John A. Culver of the law firm of Benezra & Culver, P.C.

Dated: October 5, 2010
___