**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01328-LTB-MJW

STEPHANIE SALAZAR,

      Plaintiff,

v.

CITY OF COMMERCE CITY,
GERALD M. FLANNERY, in his individual capacity,
PAUL NATALE, in his individual capacity,
HEATHER OLSON, in her individual capacity, and
TOM ACRE, in his individual capacity,

      Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion for Leave to Submit Second Amended Complaint and Jury Demand (Doc 16 - filed November 3, 2010) is **GRANTED**.  The tendered Second Amended Complaint is accepted for filing.

Dated:  November 4, 2010

---