IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01328-LTB-MJW

STEPHANIE SALAZAR,

Plaintiff(s),

v.

CITY OF COMMERCE CITY,
GERALD M.  FLANNERY,
PAUL NATALE,
HEATHER OLSON, and
TOM ACRE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 19) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 19-1) is APPROVED as amended in paragraph 14 and made an Order of Court.

Date:  November 10, 2010