IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01328-LTB-MJW

STEPHANIE SALAZAR,

      Plaintiff,

v.

CITY OF COMMERCE CITY,
GERALD M. FLANNERY, in his individual capacity,
PAUL NATALE, in his individual capacity,
HEATHER OLSON, in her individual capacity, and
TOM ACRE, in his individual capacity.

      Defendants.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE ( Docket No. 38 )

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Vacate Settlement Conference, and having been fully advised in the premises, the Court hereby grants Plaintiff's Motion. The Settlement Conference set for May 3, 2011 at 10:00 a.m. in this matter is vacated.

Dated this _20th_ day of April, 2011.

BY THE COURT:

_MICHAEL J. WATANABE_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO