IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01328-LTB-MJW

STEPHANIE SALAZAR,

Plaintiff(s),

v.

CITY OF COMMERCE CITY,
GERALD M.  FLANNERY,
PAUL NATALE,
HEATHER OLSON, and
TOM ACRE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Quash Subpoena Duces Tecum Issued to [Nonparty] Castle Rock Economic Development Council and for Attorneys' Fees and Costs (docket no. 32) is MOOT based upon the Reply (docket no. 42) and is therefore DENIED.  Counsel for the parties are currently expanding the current Protective Order in this case to include the documents pending disclosure in the subject motion by Castle Rock Economic Development Council and thus this motion is MOOT.

Date:   April 27, 2011