**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01328-LTB-MJW

STEPHANIE SALAZAR,

       Plaintiff,

v.

CITY OF COMMERCE CITY,
GERALD M. FLANNERY, in his individual capacity,
PAUL NATALE, in his individual capacity,
HEATHER OLSON, in her individual capacity, and
TOM ACRE, in his individual capacity,

       Defendants.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Stipulated Motion Requesting Two Additional Trial Days (Doc 65 - filed October 12, 2011) is DENIED WITHOUT PREJUDICE. The amount of time for trial will be discussed at the trial preparation conference presently set May 18, 2012.

Dated:  October 13, 2011
---