IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01328-LTB-MJW

STEPHANIE SALAZAR,

Plaintiff,

v.

CITY OF COMMERCE CITY,
GERALD M. FLANNERY, in his individual capacity,
PAUL NATALE, in his individual capacity,
HEATHER OLSON, in her individual capacity, and
TOM ACRE, in his individual capacity.

Defendants.

---

## ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE (Docket No. 86)

---

THE COURT, having considered the Plaintiff's Unopposed Motion to Vacate Settlement Conference, and being sufficiently advised on the premises, enters the following order:

The Motion is granted. The settlement conference set for May 9, 2012 is HEREBY vacated.

Dated this 7TH day of May, 2012.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO