**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE LEWIS T. BABCOCK**

Civil Action No. 10-cv-01328-LTB-MJW

STEPHANIE SALAZAR,

      Plaintiff,

v.

CITY OF COMMERCE CITY,
GERALD M. FLANNERY, in his individual capacity, and
TOM ACRE, in his individual capacity,

      Defendants.

---

**STIPULATION AND ORDER REGARDING**
**CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel

for the parties shall retain custody of their respective exhibits and depositions until such

time as all need for the exhibits and depositions has terminated and the time to appeal

has expired or all appellate proceedings have been terminated plus 60 days.

DATED this 28th day of August, 2012.

BY THE COURT:

_____
Lewis T. Babcock, Judge

APPROVED AS TO FORM:

_____      _____
ATTORNEY FOR PLAINTIFF      ATTORNEY FOR DEFENDANT