IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-01328-LTB-MJW

STEPHANIE SALAZAR,

      Plaintiff,

v.

CITY OF COMMERCE CITY,
GERALD M. FLANNERY, in his individual capacity, and
TOM ACRE, in his individual capacity,

      Defendants.

_____

**FINAL JUDGMENT**
_____

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders and

Jury Verdict entered during the course of proceedings in this case, the following FINAL

JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable

Lewis T. Babcock on May 1, 2012, incorporated herein by reference, it is

ORDERED that the Court DENIES Defendants' Motion & Brief in Support of

Summary Judgment as to Plaintiff's Title VII Claim for Retaliation against the City.  It is

FURTHER ORDERED that the Court DENIES the motion as to Plaintiff's §1981

Claim for Retaliation against the City, and Defendants Gerald M. Flannery and Tom

Acre, in their individual capacities.  It is

FURTHER ORDERED that the Court GRANTS the motion as to Plaintiff's

remaining claims and, as such, enters summary judgment in favor of Defendants and

against Plaintiff on those claims.  It is

FURTHER ORDERED that Defendants Paul Natale and Heather Olson

(Spenser) are DISMISSED as parties in this case as no claims remain pending against

them.

II.  PURSUANT to and in accordance with the Order entered by the Honorable

Lewis T. Babcock on August 27, 2012, incorporated herein by reference, it is

ORDERED that Defendants' Oral Rule 50 Motions for Judgment as a Matter of

Law are GRANTED with regard to punitive damages.

III.  This matter was tried on August 20, 2012 through August 24, 2012, and

August 27, 2012 through August 30, 2012, before a duly sworn jury of eight, Judge

Lewis T. Babcock presiding.  The trial proceeded to conclusion and the jury rendered its

Verdict Forms as follows:

We, the jury, present our answers, by a preponderance of the evidence, to the

following questions submitted by the Court, as to the claims asserted against Defendant

City of Commerce City, to which we have all agreed:

1.      That Plaintiff Stephanie Salazar opposed discrimination based on her
good faith belief of gender and/or race discrimination by filing responses and/or
complaints?

Answer Yes or No  Yes

2.      That Plaintiff Stephanie Salazar was discharged from her employment by
Defendant City of Commerce City:

Answer Yes or No  Yes

3.      That Defendant City of Commerce City discharged Plaintiff Stephanie
Salazar from her employment because she opposed discrimination based on gender
and/or race in that her opposition to discrimination based on gender and/or race was the
determinative factor that caused Defendant City of Commerce City to terminate her
employment?

Answer Yes or No  No

4.      That Plaintiff Stephanie Salazar should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No  No

If your answer is Yes, in what amount? $_____

We, the jury, present our answers, by a preponderance of the evidence, to the

following questions submitted by the Court, as to the claim asserted against Defendant

Gerald M. Flannery, to which we have all agreed:

1.      That Plaintiff Stephanie Salazar opposed discrimination based on her good faith belief of gender and/or race discrimination by filing responses and/or complaints?

Answer Yes or No  Yes

2.      That Plaintiff Stephanie Salazar was discharged from her employment by Defendant Gerald M. Flannery:

Answer Yes or No  Yes

3.      That Defendant Gerald M. Flannery discharged Plaintiff Stephanie Salazar from her employment because she opposed discrimination based on gender and/or race in that her opposition to discrimination based on gender and/or race was the determinative factor that caused Defendant Gerald M. Flannery to terminate her employment?

Answer Yes or No  No

4.      That Plaintiff Stephanie Salazar should be awarded damages from Gerald M. Flannery to compensate for emotional pain and mental anguish?

Answer Yes or No  No

If your answer is Yes, in what amount? $_____

We, the jury, present our answers, by a preponderance of the evidence, to the

following questions submitted by the Court, as to the claim asserted against Defendant

Tom Acre, to which we have all agreed:

1.      That Plaintiff Stephanie Salazar opposed discrimination based on her
good faith belief of gender and/or race discrimination by filing responses and/or
complaints?

                Answer Yes or No  Yes

2.      That Plaintiff Stephanie Salazar was discharged from her employment by
Defendant Tom Acre:

                Answer Yes or No  Yes

3.      That Defendant Tom Acre discharged Plaintiff Stephanie Salazar from her
employment because she opposed discrimination on gender and/or race in that her
opposition to discrimination based on gender and/or race was the determinative factor
that caused Defendant Tom Acre to terminate her employment?

                Answer Yes or No  No

4.      That Plaintiff Stephanie Salazar should be awarded damages from Tom
Acre to compensate for emotional pain and mental anguish?

                Answer Yes or No  No

                If your answer is Yes, in what amount? $_____

ACCORDINGLY, IT IS ORDERED that, pursuant to Fed. R. Civ. P. 58(a), final

judgment is hereby entered in favor of Defendants, City of Commerce City, Gerald M.

Flannery, and Tom Acre, and against Plaintiff, Stephanie Salazar.  It is

FURTHER ORDERED that plaintiff's Second Amended Complaint and this civil

action are DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that Defendants, City of Commerce City, Gerald M.

Flannery, and Tom Acre shall have their costs by the filing of a Bill of Costs with the

Clerk of this Court within fourteen days of the entry of judgment.


DATED at Denver, Colorado this  5th  day of September, 2012.


FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk