IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 10-cv-01328-LTB-MJW

STEPHANIE SALAZAR,

    Plaintiff,

v.

CITY OF COMMERCE CITY;
GERALD M. FLANNERY, in his individual capacity; and
TOM ACRE, in his individual capacity,

_____

## ORDER
_____

Upon review of the Motion to Withdraw (Doc 161), Defendants' Response (Doc 162), and the Reply (Doc 164), and the Court being fully advised in the premises, it is

ORDERED that the Motion to Withdraw is **GRANTED**.  Anne Whalen Gill is allowed to withdraw as counsel for Plaintiff herein.  Plaintiff will proceed pro se.

                    BY THE COURT:

                      s/Lewis T. Babcock
                    LEWIS T. BABCOCK, JUDGE

DATED: January 8, 2014